PER CURIAM.
Affirmed. See § 958.045(5)(c), Fla. Stat. (2006); Ch. 2006-270, § 1, at 2841-42, Laws of Fla. (effective July 1, 2006) (“If the [youthful] offender violates the conditions of probation, the court may revoke probation and impose any sentence that it might have originally imposed.”); see also Love v. State, 24 So.3d 704, 705 n. 1 (Fla. 4th DCA 2009), subsequent appeal, 60 So.3d 1071 (Fla. 4th DCA 2011); accord Negron v. State, 90 So.3d 948, 950 (Fla. 5th DCA 2012).
MAY, C.J., TAYLOR and LEVINE, JJ., concur.